**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1449**

REVEREND DR. SAMUEL T. WHATLEY,

Plaintiff - Appellant,

v.

RICHLAND COUNTY FAMILY COURT COLUMBIA SOUTH CAROLINA; PHOEBE WHATLEY; MONET S. PINCUS, Family Court Judge; MICHELLE M. HURLEY LEEVY-JOHNSON, Family Court Judge; THOMAS M. NEAL, III, Family Court Attorney GAL; RICHARD G. WHITING, Family Court Attorney and Family Court SCBAR Former President; KRISTIN CANNON, Family Court Paralegal for Attorney Richard G. Whiting; KELLY B. ARNOLD, SC Assistant Disciplinary Counsel; LARRY MEDLIN, Counselor; CHRISTIAN COUNSELING CENTER FIRST PRESBYTERIAN CHURCH COLUMBIA SC; MARC HARARI; JEWETT DOOLEY, Attorney; MARY MUNDY, Dutch Fork High School Psychiatrist; DR. SOBOTOWICA, Dutch Fork High School Psychiatrist; CASSY PASCHAL, Oak Point Elementary School; WENDY LEVINE, Attorney; WILLIAM T. WATLINGTON; NEIGHBOR DESTROYED TREES; RICHLAND COUNTY SHERIFF DEPARTMENT ON TRUANCY ET AL,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:22-cv-02119-MGL)

Submitted:  August 24, 2023                    Decided:  August 28, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

Samuel T. Whatley, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reverend Dr. Samuel T. Whatley appeals the district court's order accepting the recommendations of the magistrate judge and dismissing Whatley's 42 U.S.C. § 1983 and *Bivens*[*] complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Whatley v. Richland Cnty. Fam. Ct.*, No. 3:22-cv-02119-MGL (D.S.C. Mar. 31, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

3